IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                              September 17, 2007

S/BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

UNITED STATES OF AMERICA

vs                                                  CRIMINAL 07-0075CCC

1) FELIX COTTO-ORTIZ
2) JOSE MURATI-SEPULVEDA
**3) EDUARDO LASALVIA-PRISCO**
4) LAURA ALBERTINI-FOSSA
5) SYLVIA CUCCHI
6) RUBEN OTERO-LOPEZ
7) JORGE NAZARIO-CORTEZ

The Motion for Change of Plea filed by co-defendant Edudardo Lasalvia-Prisco (docket entry 83) is referred to U.S. Magistrate Judge Marcos E. López for hearing, report and recommendation.

S/María M. Delgado,  Secretary