# United States District Court

FOR THE   DISTRICT OF   PUERTO RICO

UNITED STATES OF AMERICA

v.

**WARRANT FOR ARREST**

EDUARDO LASALVIA-PRISCO, a/k/a "Dr. Lasalvia" CRIMINAL NO: 07-75 (CCC)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **EDUARDO LASALVIA-PRISCO, a/k/a "Dr. Lasalvia"** and bring him or her forthwith to the nearest magistrate to answer a(n)

X  Indictment    __ Information    __ Complaint    __ Order of court    __ Violation Notice    __ Probation Violation Petition

charging him or her with (brief description of offense)

the defendant herein, knowingly and willfully conspired with others to defraud an agency of the United States in any manner and any purpose, to wit, defendants agreed to impair, obstruct, and defeat the lawful function of the Federal Food and Drug Administration by interfering with its lawful function of regulating the interstate distribution of drugs, and to that effect at least one of the defendants mentioned above did an act to effect the object of the conspiracy, in violation of Title 18, United States Code, Sections 371, 1343, 1349, 982 and Title 21, United States Code, Sections 331(d) and 333(a)(2)

Bruce J. McGivern
Name of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

[signature]
Signature of Issuing Officer

2/28/07  San Juan, PR
Date and Location

Bail fixed at $ 300,000  by Hon. Bruce McGivern (US Magistrate Judge)
10% surety                    Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| Date Received 2/28/2007 | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 3/21/07 | Ralph Culkin  ROIC | Ralph Culkin |

AO 442 (Rev. 12/85) Warrant for Arrest